IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWARD HALL, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-2528 |
| | § | |
| EL DORADO CHEMICAL COMPANY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In conformity with the Order Adopting Magistrate Judge's Memorandum and Recommendation signed on September _19_, 2012, it is hereby **ADJUDGED** that Plaintiffs takes nothing against Defendant.

All relief not granted herein is **DENIED**.  Defendant is awarded its costs.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide a copy of this judgment to all counsel.

**SIGNED** this _19th_ day of September, 2012, in Houston, Texas.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE